UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYNOCOM INDUSTRIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MAINLINE AUTOMOTIVE EQUIPMENT PTY. LTD. t/a MAINLINE DYNOLOG DYNAMOMETERS, et al.,<br><br>Defendants. | No. 2:17-mc-0121 KJM DB<br><br><br><br>ORDER |

This action came before the court on September 22, 2017, for hearing of defendants' motion to compel. Attorney Andrew Graben appeared telephonically on behalf of the defendants. Attorney Timothy Nelson appeared in person, also on behalf of the defendants. No appearance was made by, or on behalf of, any plaintiff or third party Kert Miller.[1]

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Defendants' August 25, 2017 motion to compel (ECF No. 1) is granted; and

////

////

---

[1] No opposition to defendants' motion has been filed.

1

2. Kert Miller shall produce the responsive discovery to the defendants within twenty-one days of the date of this order.

Dated: September 22, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\dynacom0121.oah.092217

2